## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **CHARLES HARDIN ET AL.** | **CASE NO. 2:19-CV-00881** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **PINNACLE ENTERTAINMENT INC ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss, or Alternatively, Motion to Exclude Expert Evidence [doc. 31] be **GRANTED** and that this matter be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b). Plaintiffs may move to reinstate the suit within 14 days, upon a showing of good cause.

**THUS DONE AND SIGNED** in Chambers on this 28th day of April, 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**